**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Elizabeth Beeton and Don Mafrige

Appellate case number:    01-14-00252-CV


      The Court **REQUESTS** a response from Real Party in Interest, James D. Yarbrough and from Respondent, Janelle Williams.  The responses, if any, should be filed by Monday, March 31, 2014 at 3:00pm.

      It is so ORDERED.


Judge's signature: __/s/Harvey Brown
                  X  Acting individually    ☐ Acting for the Court


Date:  March 27, 2014